UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:10-CV-706-H

J&L MARKETING, INC.                                                PLAINTIFF

V.

THOMAS A. JOSEPH, and
TEAM ADVANTAGE, INC.                                    DEFENDANTS

**ORDER**

Plaintiff has moved to dismiss all of Defendants' counterclaims and has also moved for partial judgment on the pleadings. In response to Plaintiff's motion for partial judgment on the pleadings, Defendants moved to amend their complaint. For the reasons stated in its Memorandum Opinion and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to dismiss is SUSTAINED and the Court will DISMISS WITHOUT PREJUDICE all of Defendants' counterclaims.

IT IS FURTHER ORDERED that Defendants' motion to amend is SUSTAINED.

IT IS FURTHER ORDERED that Plaintiff's motion for partial judgment on the pleadings is DENIED as moot.

cc:      Counsel of Record